IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE LEE MOORE, JR.,

          Petitioner,               No. CIV S-07-0460 LKK DAD P

   vs.

DERRICK OLLISON, et al.,

          Respondents.         <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee. Petitioner has also submitted an amended petition pursuant to this court's April 4, 2007 order.

      This court dismissed petitioner's original application because he failed to complete the standard form in compliance with Rule 2 of the Federal Rules Governing § 2254 Cases. The court directed petitioner to complete all parts of the form and to continue responses as needed on pages that follow the same format as the form and are clearly linked to the form by page number or question number. Petitioner has not complied with the court's order. Instead, petitioner has submitted an incomplete standard form that refers the court to his attachment.

      The court must examine a habeas petition to determine whether the pleading complies with the rules that govern such cases and whether the respondent should be required to

1  file a response.  The court is unable to consider an application that fails to clearly set out each

2  ground for relief with supporting facts.  See Rule 2(c), Fed. Rules Governing § 2254 Cases.

3  Although the petitioner has submitted his petition on a standard form, he has not completed the

4  form properly.  Accordingly, the petition will be dismissed with leave to file a second amended

5  petition that complies with the applicable rules and this order.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.  Petitioner's April 23, 2007 amended petition for writ of habeas corpus is

8  dismissed with leave to amend; and

9          2.  Petitioner is granted thirty days from the date of this order to file a second

10  amended petition on a standard form, in compliance with this order and Rule 2 of the Federal

11  Rules Governing § 2254 Cases.

12  DATED: May 7, 2007.

13

14  _____

15  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

16  DAD:9
    moor0460.115(2)

17

18

19

20

21

22

23

24

25

26

2