1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNIE LEE MOORE, JR.,

11              Petitioner,              No. CIV S-07-0460 LKK DAD P

12        vs.

13   DERRICK OLLISON, et al.,

14              Respondents.        FINDINGS & RECOMMENDATIONS

15   _____/

16         By order filed May 8, 2007, petitioner's amended petition for writ of habeas

17   corpus was dismissed and thirty days leave to file a second amended petition was granted.  The

18   thirty day period has now expired, and petitioner has not filed a second amended petition or

19   otherwise responded to the court's order.

20         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22         These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

                                        1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: June 22, 2007.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   moor0460.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26